J Christopher Jorgensen
Nevada Bar No. 5382
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
E-mail: cjorgensen@lrrc.com

*Attorneys for Defendant 1st Financial Bank USA*

**UNITED STATE DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EMILY MILES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>1ST FINANCIAL BANK USA,<br><br>　　　　Defendant. | Case No. 2:16-cv-02517-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>ECF No. 8 |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Emily Miles and Defendant, 1st Financial Bank USA, hereby agree and stipulate to dismiss this action in its entirety with prejudice and without an award of attorneys' fees or costs made between Plaintiff and Defendant.

**IT IS SO AGREED AND STIPULATED:**

DATED: April 14, 2017　　　　　　　　　　DATED: April 14, 2017

HAINES & KRIEGER, LLC　　　　　　　LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ David H. Krieger*　　　　　　　　By: */s/ J Christopher Jorgensen*
David H. Krieger　　　　　　　　　　　　J Christopher Jorgensen (#5382)
8985 S. Eastern Avenue, Suite 350　　　　3993 Howard Hughes Pkwy., Ste. 600
Henderson, NV 89123　　　　　　　　　Las Vegas, NV 89169
*Attorney for Plaintiff Emily Miles*　　　　*Attorneys for Defendant 1st Financial Bank USA*

**ORDER**

Based on the parties' stipulation [ECF No. 8] and good cause appearing, it is hereby ORDERED that this case is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Jennifer Dorsey
　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　4/17/17